IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JOHN BYRON SINGLETON, §
    Petitioner, §
 §
VS. § CIVIL ACTION NO.4:06-CV-877-Y
 §
NATHANIEL QUARTERMAN, Director, §
T.D.C.J., Correctional §
Institutions Division, §
    Respondent. §

<u>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS</u>

Before the Court is the petition for writ of habeas corpus under 28 U.S.C. § 2254 of petitioner John Byron Singleton, along with the October 15, 2007, findings, conclusions, and recommendation of the United States magistrate judge. The magistrate judge gave the parties until November 5, 2007, to file written objections to the findings, conclusions, and recommendation. As of the date of this order, however, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case, and has reviewed for clear error the proposed findings, conclusions and recommendation of the United States magistrate judge filed on October 15, 2007. The Court concludes that the petition for writ of habeas corpus should be denied for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the findings, conclusions and recommendation of the magistrate judge are hereby ADOPTED.

John Byron Singleton's petition for writ of habeas corpus is DENIED.

SIGNED November <u>15</u>, 2007.

                                                                                    _____
                                                                                    TERRY R. MEANS
                                                                                    UNITED STATES DISTRICT JUDGE